■ KURT FILKINS, Appellant, v MARY LOU FILKINS, Respondent. (Appeal No. 1.) [755 NYS2d 681] —Appeal from an order of Supreme Court, Onondaga County (Paris, J.), entered October 26, 2001, which denied plaintiff's motion for a mistrial and a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see* CPLR 5501 [a] [1], [2]). Present—Pigott, Jr., P.J., Green, Scudder, Kehoe and Lawton, JJ.